

FILED
DISTRICT COURT OF GUAM
JUL 09 2010
JEANNE G. QUINATA
CLERK OF COURT

1  Joseph H. Valenzuela
   P.O. Box 3236
2  Hagåtña, Guam 96932

3  Pro se

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| JOSEPH H. VALENZUELA, | Civil Action Case No. **10-00017** |
| Plaintiff, | |
| vs. | |
| JOSE B. PALACIOS, Director of Guam Department of Corrections, DR. YOUNG CHANG, Physician of Guam Department of Corrections; | MOTION FOR APPOINTMENT OF COUNSEL |
| Defendants. | |

Pursuant to Title 42 United States Code §1915(e)(1), the plaintiff, Joseph H. Valenzuela, appearing pro se, requests this Court to appoint counsel to represent him on his Civil Complaint for the following reasons:

1. Plaintiff is not able to afford counsel. See the Application To Proceed Without Prepayment Of Fees And Affidavit in support filed with this Court.

2. The issues involved in this case are complex.

3. The issues involved in this case will require investigation which the plaintiff cannot do while confined in the Department of Corrections (D.O.C.).

4. D.O.C. does not provide legal assistance to inmates from persons trained in the law.

5. The D.O.C. Law Library is lacking legal research references and materials and much of it woefully out of date.

6. Plaintiff has a very limited knowledge of the law.

7. Appointed counsel would be able to explain the applicable legal principles to the plaintiff and limit litigation to potentially meritorious issues.

8. Appointed counsel would provide plaintiff with representation equally qualified with the professional counsel provided by the Government of Guam for the defendants.

9.  The ends of justice would best be served in this case if an attorney was appointed to represent the plaintiff.

I, Joseph H. Valenzuela, appearing pro se, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated this 27 day of APRIL 2010.

*Joseph H. Valenzuela*
Joseph H. Valenzuela
P.O. Box 3236
Hagåtña, Guam 96932