ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUL 09 2010
JEANNE G. QUINATA
CLERK OF COURT

Joseph H. Valenzuela
P.O. Box 3236
Hagåtña, Guam 96932

Pro se

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

JOSEPH H. VALENZUELA,      Civil Action Case No. **10-00017**

    Plaintiff,

    vs.

JOSE B. PALACIOS, Director of Guam Department of Corrections, DR. YOUNG CHANG, Physician of Guam Department of Corrections;

    Defendants.
_____/

MOTION FOR SERVICE OF PROCESS BY UNITED STATES MARSHAL

    Plaintiff Joseph H. Valenzuela, pro se, pursuant to Rule 4(c) (2), moves this Court for an order requiring the U.S. Marshal to serve a copies of the summons and complaint upon the above named defendants, and states the following:

1. Plaintiff is an inmate of the Guam Department of Corrections in Mangilao, Guam.

2. Plaintiff has filed an Application to Proceed without Prepayment of Fees with this Court pursuant to Title 28 §1915.

    I, Joseph H. Valenzuela, appearing pro se, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated this 27 day of APRIL 2010.

                                                              _____
                                                              Joseph H. Valenzuela
                                                             P.O. Box 3236
                                                             Hagåtña, Guam 96932