ORIGINAL

1 Joseph H. Valenzuela
  P.O. Box 3236
2 Hagåtña, Guam 96932
3 Pro se

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| JOSEPH H. VALENZUELA, | Civil Action Case No. **10-00017** |
| Plaintiff, | |
| vs. | |
| JOSE B. PALACIOS, Director of Guam Department of Corrections, DR. YOUNG CHANG, Physician of Guam Department of Corrections; | APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT |
| Defendants. | |

I, Joseph H. Valenzuela, appearing pro se, declare that I am the plaintiff in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. 1915, I declare that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor; that I believe I am entitled to the relief sought in the complaint.

I make this application with the understanding that I am liable under 28 U.S.C. 1915 for the full payment of all fees, costs, and sanctions imposed in this case; that such charges will be collected and paid from my prison trust account; and that any unpaid fees, costs, or sanctions will constitute a debt not dischargeable in bankruptcy.

1. Are you currently incarcerated?  [X] Yes  / / No

   If "Yes" state the place of your incarceration _ADULT CORRECTIONAL FACILITY MANGILAO GUAM 96932_

   Are you employed at the institution?  / / Yes  [X] No

   Do you receive any payment from the institution?  / / Yes  [X] No

2. Are you currently employed:  / / Yes  [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _N/A_

b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or pay period and the name and address of your last employer. CARPET STORE, TAMUNING GUAM.

3. In the past twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment  /_/ Yes  /X/ No
   b. Rent payments, interest or dividends  /_/ Yes  /X/ No
   c. Pensions, annuities or life insurance payments  /_/ Yes  /X/ No
   d. Disability or workers compensation payments  /_/ Yes  /X/ No
   e. Gifts or inheritances  /_/ Yes  /X/ No
   f. Any other sources  /_/ Yes  /X/ No

   If the answer to any of the above is "yes," describe each source of money and state the amount received and what you expect you will continue to receive. N/A

4. Do you have any cash or checking or savings accounts?
   /_/ Yes  /X/ No  If "yes" state the total amount. N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  /_/ Yes  /X/ No
   If "yes," describe the property and state its approximate value. N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. N/A

7. List the names and addresses of all correctional facilities that you were incarcerated in during the six months prior to filing your complaint/notice of appeal. Please also note the dates of incarceration for each institution. ADULT CORRECTIONAL FACILITY, GUAM. DATE INCARCERATED 11-11-2003

I declare under penalty of perjury that the above information is true and correct.
Dated this 27 day of APRIL, 2010.

Joseph H. Valenzuela
P.O. Box 3236
Hagåtña, Guam 96932